Case 3:22-cv-00280  Document 99  Filed on 11/19/24 in TXSD  Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| FRED RAHDAR, *et al.*, | § § § | |
| Plaintiffs. | § § | |
| V. | § | CIVIL ACTION NO. 3:22-cv-00280 |
| CITY OF FRIENDSWOOD, *et al.*, | § § § § | |
| Defendants. | § | |

# ORDER

In reviewing Plaintiffs' Response to Defendants' Motion for Summary Judgment (Dkt. 85), I cannot ascertain where the exhibits referenced in the response are located. The response cites Exhibits A to Exhibits FF, but the documents attached to the response are all labeled simply "Exhibit." *See* Dkts. 85-1 through 85-32. And not a single exhibit has a cover page or exhibit sticker. So, I am completely lost. This should not be difficult. It is each party's responsibility to label their exhibits. *See* Galveston Division Rule of Practice 5(j) ("Each exhibit should be individually attached *and descriptively labeled* on CM/ECF." (emphasis added)). Plaintiffs have not done this. As the Fifth Circuit has colorfully noted, "[j]udges are not like pigs, hunting for truffles buried in the record." *United States v. del Carpio Frescas*, 932 F.3d 324, 331 (5th Cir. 2019) (quotation omitted).

Plaintiffs are ordered to file by Friday, November 22, 2024, a one-page document that identifies each exhibit by docket entry (e.g., Ex. A is Dkt. 85-1). In the future, Plaintiffs should properly label their exhibits so the court and opposing counsel can easily determine where particular exhibits are located.

SIGNED this 19th day of November 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE