United States District Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| FRED RAHDAR, *et al.*, | § § § § | |
| Plaintiffs. | | |
| V. | § § § | 3:22-cv-280 |
| CITY OF FRIENDSWOOD, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 16, 2024, the court referred the defendants' motion for summary judgment, Dkt. 70, to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 88. Judge Edison filed a memorandum and recommendation on March 14, 2025, recommending that the court grant the motion. Dkt. 119.

On April 11, 2025, the plaintiffs filed their objections to the memorandum and recommendation. Dkt. 122. In accordance with 28 U.S.C. § 636(b)(1)(C), the court must "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections, the memorandum and recommendation, the pleadings, and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. The court therefore orders that:

(1) Judge Edison's memorandum and recommendation, Dkt. 119, is approved and adopted in its entirety as the holding of the court; and

(2) The defendants' motion for summary judgment, Dkt. 70, is granted.

A final judgment will issue separately.

Signed on Galveston Island this 21st day of April, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE