United States District Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FRED RAHDAR, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:22-cv-280 |
| CITY OF FRIENDSWOOD, *et al.*, | § § § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

Pursuant to the court's order adopting the magistrate judge's memorandum and recommendations, Dkt. 124, and granting the defendant's motion for summary judgment, Dkt. 70, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 21st day of April, 2025.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE